```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

Philip E. DeBlasio,

                         Plaintiff,

- against -

Dr. Hassan, et al.,

                         Defendants.

------------------------------------------------------------------------x

**ORDER TO PRODUCE**

19 CV 0851 (GHW)

GREGORY H. WOODS, United States District Judge:

**IT IS HEREBY ORDERED:** that the Superintendent or other official in charge of the Green Haven Correctional Facility, located in Stormville, New York, produce inmate Philip E. DeBlasio, DIN No. 19-A-0070, at a location within the facility with a telephone for the ordered telephone conference on Tuesday, November 26, 2019, at 11:00 a.m., and for so long thereafter, as the conference continues, and that plaintiff appear in such place as designated by the Superintendent or other official in charge of the Green Haven Correctional Facility so that he may attend the scheduled telephone conference.

Dated: New York, New York
       November 15, 2019

                                              _____
                                              HON. GREGORY H. WOODS, U.S.D.J.