USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/02/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

PHILIP E. DEBLASIO,

                            Plaintiff,

        -v -

DR. HASSAN, CORRECTIONAL OFFICER
YOUNG, Shield No. 4631, CORRECTIONAL
OFFICER CEBALLOS, Shield No. 5991,

                          Defendants.

----------------------------------------------------------------X

1:19-cv-00851-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

As discussed during the telephone conference held on November 26, 2019, Plaintiff is directed to sign and return Defendants' requested authorization forms for Plaintiff's medical records to Defendants by no later than December 10, 2019.

The deadline for the completion of fact discovery is extended to February 14, 2020. All expert discovery shall be completed by no later than April 3, 2020. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by February 14, 2020. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by February 28, 2020. The status conference currently scheduled for February 12, 2020 is adjourned to April 14, 2020 at 2:00 p.m. Except as expressly modified by this order, the Case Management Plan and Scheduling Order entered by this Court on May 15, 2019 remains in full force and effect.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first-class and certified mail and to terminate the motion pending at Dkt. No. 24.

SO ORDERED.

Dated:  December 2, 2019
         New York, New York

_____
GREGORY H. WOODS
United States District Judge