USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
PHILIP E. DEBLASIO, :
:
                                         Plaintiff, :          1:19-cv-00851-GHW
:
-v - :                ORDER
:
DR. HASSAN, CORRECTIONAL OFFICER :
YOUNG, Shield No. 4631, CORRECTIONAL :
OFFICER CEBALLOS, Shield No. 5991, :
:
                                   Defendants. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The Court will hold a telephone conference on January 7, 2020 at 11:00 a.m. to discuss the issues raised by Defendants' motion to dismiss for lack of prosecution, Dkt. No. 29.

       The Superintendent or other official in charge of the Green Haven Correctional Facility, located in Stormville, New York, is directed to produce inmate Philip E. DeBlasio, DIN No. 19-A-0070, at a location within the facility with a telephone for the ordered telephone conference on January 7, 2020 at 11:00 a.m., and for so long thereafter as the conference continues. Plaintiff is directed to appear in such place as designated by the Superintendent or other official in charge of the Green Haven Correctional Facility so that he may attend the scheduled telephone conference. If the scheduled time and date for this telephone conference presents an inconvenience, the Superintendent or the Superintendent's designee should promptly inform Chambers by calling the Courtroom Deputy at (212) 805-0296.

       Defense counsel must: (1) send this order to the Superintendent immediately; (2) contact the correctional facility identified above to determine the telephone number at which Plaintiff will be

reachable at the time and date of the conference; and (3) telephone the Court with Plaintiff on the line at the time and date of the conference.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first-class and certified mail.

SO ORDERED.

Dated: December 18, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge