USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/09/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
PHILIP E. DEBLASIO, :
:
                                         Plaintiff, :      1:19-cv-00851-GHW
:
-v - :      ORDER
:
:
DR. HASSAN, CORRECTIONAL OFFICER :
YOUNG, Shield No. 4631, CORRECTIONAL :
OFFICER CEBALLOS, Shield No. 5991, :
:
                                       Defendants. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      As discussed during the telephone conference held on January 7, 2020, Defendants' motion to dismiss for lack of prosecution, Dkt. No. 29, is denied without prejudice.

      The deadline for the completion of fact discovery is extended to May 15, 2020. All expert discovery shall be completed by no later than July 2, 2020. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by May 15, 2020. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by May 29, 2020. The status conference currently scheduled for April 14, 2020 is adjourned to July 9, 2020 at 4:00 p.m. Except as expressly modified by this order, the Case Management Plan and Scheduling Order entered by this Court on May 15, 2019 remains in full force and effect.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first-class and certified mail and to terminate the motion pending at Dkt. No. 29.

SO ORDERED.

Dated: January 9, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge