USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/05/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
PHILIP E. DEBLASIO, :
:
Plaintiff, :   1:19-cv-00851-GHW
:
-v - :   ORDER
:
DR. HASSAN, CORRECTIONAL OFFICER :
YOUNG, Shield No. 4631, CORRECTIONAL :
OFFICER CEBALLOS, Shield No. 5991, :
:
Defendants. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    On January 4, 2021, Defendants filed a proposed order to produce plaintiff for video deposition on January 11, 2021.  The Court declines to enter that order at this time.  Defendants failed to comply with Rule 2(F) of the Court's Individual Rules of Practice in Civil Cases, which requires any proposed order to be accompanied by a letter addressing four categories of information.  The Court notes that the proposed order Defendants would have the Court enter states "[u]pon application of defendants . . ." despite the fact that there is no application pending before the Court.  Dropping a proposed order on the docket unaccompanied by a request or an explanation is not an application, nor is it particularly polite.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff by first-class and certified mail.

    SO ORDERED.

Dated: January 5, 2021

                                            GREGORY H. WOODS
                                            United States District Judge