```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

PHILIP DEBLASIO

                                                Plaintiff,

- against -

HASSAN *et al.*,

                                                Defendants.

-----------------------------------------------------------------------x

**ORDER TO PRODUCE**

19-CV-851 (GHW)

Gregory H. Woods, United States District Judge:

      Upon the application of defendants for leave to take the deposition of plaintiff, **PHILIP E. DEBLASIO**, an inmate currently in the custody of the New York State Department of Corrections under **DIN Number 19-A-0070**, and the Court having granted leave for the taking of plaintiff's deposition pursuant to FED. R. CIV. P. 30(a)(2)(B):

      **IT IS HEREBY ORDERED:** that the Superintendent or other official in charge of the Green Haven Correctional Facility, located in Stormville, New York, produce inmate Philip DeBlasio, DIN #: 19-A-0070, at a location within the facility with video conference capabilities for the taking of his deposition on January 21, 2021, at 10:00 a.m., and for so long thereafter, as the deposition continues, and that plaintiff appear in such place as designated by the Superintendent or other official in charge of the Green Haven Correctional Facility so that his deposition may be taken.

Dated: January 19, 2021

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 55.
SO ORDERED.

                                                    _____
                                                    GREGORY H. WOODS
                                                    United States District Judge