UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2021
```

PHILIP E. DEBLASIO,

                                Plaintiff,

                    -v -

DR. HASSAN, CORRECTIONAL OFFICER
YOUNG, Shield No. 4631, CORRECTIONAL
OFFICER CEBALLOS, Shield No. 5991,

                         Defendants.

------------------------------------------------------------------X

        1:19-cv-00851-GHW

         ORDER

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED that all parties appear via telephone for a teleconference on

**February 16, 2021 at 4:30 p.m.**

IT IS FURTHER ORDERED that the Warden or other official in charge of the Green

Haven Correctional Facility in Stormville, New York  produce Philip E. DeBlasio, DIN No. 19-A-

0070, on February 16, 2020, no later than 4:30 p.m., to a suitable location within the Green Haven

Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone

in a conference with the Court and defense counsel.

If this time and date presents an inconvenience, the Warden or the Warden's designee

should promptly inform the Court by emailing woodsnysdchambers@nysd.uscourts.gov.

Defense counsel is directed to (1) send this order to the Warden immediately; (2) contact the

correctional facility to confirm its ability to connect the plaintiff to the conference at the conference

number listed below at the date and time of the conference; and (3) to the extent that the

correctional facility is unable to dial into the conference line directly, to make other arrangements for

the plaintiff to connect to the conference at the date and time listed above.

The conference will be held by telephone.  The conference call dial-in number is (888) 557-8511 and the access code is 7470200#.  The Warden of the correctional facility is directed to connect the plaintiff to that number at the date and time specified above.

The Clerk of Court is directed to mail a copy of this order to the plaintiff by first class and certified mail.

SO ORDERED.

Dated:  February 3, 2021

_____
GREGORY H. WOODS
United States District Judge

2