**MEMORANDUM ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2021

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**JOSHUA KAUFMAN**
Phone: (212) 356-3521
Fax: (212) 356-1148
Email: jokaufma@law.nyc.gov
*Assistant Corporation Counsel*

February 4, 2021

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Philip E. DeBlasio v. Hassan, et al.,</u>
19-CV-851 (GHW)

I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney for defendants Dr. Hassan, Correctional Officer Cevallos, and Correctional Officer Young (collectively "defendants"). Defendants respectfully write to inform the Court that plaintiff has been discharged from Green Haven Correctional Facility. This morning, the undersigned contacted Green Haven Correctional Facility to schedule a legal call with plaintiff in advance of the joint status letter due before the Court on February 9, 2021 [Docket Entry Number 53], yet the undersigned was informed that plaintiff was discharged from Green Haven Correctional Facility on or about January 26, 2021. At this time, defendants do not have a way to contact plaintiff.[1] To the extent that plaintiff contacts the undersigned prior to February 9, 2021, the undersigned will file the joint status letter with the Court, and inform plaintiff of the status conference before your Honor on February 16, 2021 at 4:30PM. Insofar as plaintiff does not update the Court or the undersigned with his updated address, the undersigned respectfully requests that the deadline for the joint status letter be adjourned to a date after plaintiff provides his updated contact information to the undersigned and the Court.

Thank you for consideration.

Respectfully submitted,

*Joshua Kaufman*

Joshua Kaufman

---

[1] Upon receipt of plaintiff's updated address, the undersigned will mail a copy of this letter to plaintiff.

---

Application granted. The deadline for the submission of the joint status letter is extended to February 15, 2021. If the parties do not make contact, Defendants and Plaintiff are directed to submit their own status letters by February 15, 2021. The Court directs Plaintiff to update his contact information and ensure that he can be reached by the Court and the other parties.
The Clerk of Court is directed to mail this order to Plaintiff by first class and certified mail.
SO ORDERED.
Dated: February 5, 2021

GREGORY H. WOODS
United States District Judge