```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                          :

PHILIP E. DEBLASIO,

                         Plaintiff,                                                     1:19-cv-00851-GHW

                                             :

          -v -                                                         ORDER

DR. HASSAN, CORRECTIONAL OFFICER
YOUNG, Shield No. 4631, CORRECTIONAL
OFFICER CEBALLOS, Shield No. 5991,

                        Defendants.
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On February 16, 2021, the Court attempted to conduct a teleconference with the parties. While Defendants appeared, Plaintiff did not.  Accordingly, the Court directs the parties to appear for a teleconference on **March 3, 2021 at 1:00 p.m.**  The conference will address the issues that would have been addressed had Plaintiff appeared at today's conference.

While the Court understands that Plaintiff is proceeding pro se, that status does not relieve him of his obligation to comply with this Court's orders.  As the Court explained in its February 9, 2019 order, pro se litigants are obligated to promptly notify the *Pro Se* Office of any change in their service address.  Upon receipt of this order, Plaintiff is directed to immediately provide the Court and Defendants with an address at which he may be contacted.  The Court reminds Mr. DeBlasio that failure to prosecute this action or to comply with the Court's orders may result in dismissal of his case.

The Clerk of Court is directed to mail a copy of this order to the plaintiff by first class and certified mail.

SO ORDERED.

Dated:  February 16, 2021

_____
GREGORY H. WOODS
United States District Judge