USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
    PHILIP E. DEBLASIO,

                                  Plaintiff,

          -v -

    DR. HASSAN, CORRECTIONAL OFFICER
    YOUNG, Shield No. 4631, CORRECTIONAL
    OFFICER CEBALLOS, Shield No. 5991,

                                Defendants.
-----------------------------------------------------------------X

1:19-cv-00851-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       On March 3, 2021, the Court attempted to conduct a teleconference with the parties. As with the conference scheduled on February 16, 2021, Defendants appeared while Plaintiff did not. Because the Court has yet to be able to discuss Defendants' anticipated motion for summary judgment with the parties, the parties are directed to appear for a teleconference on March 30, 2021, at 1:00 p.m.

       This is the second time plaintiff has failed to appear for a conference in this matter. As the Court reminded him in its February 16 order, Dkt. No. 64, Plaintiff's pro se status does not excuse him of his obligation to comply with this Court's orders. The Court reminds Plaintiff that failure to prosecute this action or to comply with this Court's orders may result in dismissal of this action. The Court also reminds Plaintiff of his obligation to ensure that he can be contacted by Defendants and by the Court; as the Court's Individual Rules provide, pro se litigants must provide the Pro Se Office with an address at which they may be reached.

The Clerk of Court is directed to mail a copy of this order to the plaintiff by first class and certified mail.

SO ORDERED.

Dated: March 3, 2021
New York, New York

                                                                GREGORY H. WOODS
                                                   United States District Judge